UNITED STATES of America,
Plaintiff-Appellee,

v.

Matthew James DURY, Defendant-
Appellant.

No. 17-7225

United States Court of Appeals,
Fourth Circuit.

Submitted: January 18, 2018

Decided: January 30, 2018

Matthew James Dury, Appellant Pro Se.
Donald David Gast, Amy Elizabeth Ray,
Assistant United States Attorneys, OF-
FICE OF THE UNITED STATES AT-
TORNEY, Asheville, North Carolina, for
Appellee.

Before SHEDD and KEENAN, Circuit
Judges, and HAMILTON, Senior Circuit
Judge.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Matthew James Dury appeals the dis-
trict court's order construing his Fed. R.
Civ. P. 60(b)(4) motion as an unauthorized
successive 28 U.S.C. § 2255 (2012) motion
and dismissing it for lack of jurisdiction. A
certificate of appealability is not required
to address the district court's jurisdictional
dismissal of Dury's motion as a successive
§ 2255 motion. See *United States v.
McRae*, 793 F.3d 392, 400 (4th Cir. 2015).

We conclude that the district court proper-
ly construed Dury's request for Rule 60(b)
relief as a successive § 2255 motion over
which it lacked jurisdiction. See *Gonzalez
v. Crosby*, 545 U.S. 524, 531-32, 125 S.Ct.
2641, 162 L.Ed.2d 480 (2005). Accordingly,
we affirm the district court's judgment.

Additionally, we construe Dury's notice
of appeal and informal brief as an applica-
tion to file a second or successive § 2255
motion. *United States v. Winestock*, 340
F.3d 200, 208 (4th Cir. 2003). In order to
obtain authorization to file a successive
§ 2255 motion, a prisoner must assert
claims based on either:

(1) newly discovered evidence that ...
would be sufficient to establish by clear
and convincing evidence that no reason-
able factfinder would have found the
movant guilty of the offense; or

(2) a new rule of constitutional law,
made retroactive to cases on collateral
review by the Supreme Court, that was
previously unavailable.

28 U.S.C. § 2255(h). Dury's claims do not
satisfy either of these criteria. Therefore,
we deny authorization to file a successive
§ 2255 motion.

We deny Dury's motion to void all pro-
ceedings in this case and dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before this court and argu-
ment would not aid the decisional process.

*AFFIRMED*